73,971-04,05

abel acosta

Court of Criminal Appeals

Capitol Station, P.O. Box 12308

Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 18 2015
Abel Acosta, Clerk

RE: Writ of Habeas 11.07

I wish to appeal the decision Rendered on 8.25.15 by Judge Mary Roman 175th Judicial District Bexar County, Texas.

Judge Roman is a named defendant in Civil Court Case No. 2015CI01986, she was not the presiding or sentencing Judge a know none of the facts to this case also concerning the dismissal of Writ No WR-73,971-01 It was dismissed due to the fact there was a Nuc Pro-tunc Judgement in my favor and I do beleive Judge Roman by her ways and actions is biased and her decision prejudicial.

It also states I was convicted under habitual Enhancement in which I wasn't

the Enhancement allegations should be either Rendered Null & Void or being that the allegation was considered a

Capitol offense a Non Capitol offense should not be used For Enhancement

In the States ocon Responce, I NEVER went to trial proving IN-effective assistance of Counsel so how could I object to anything and Rule 609(b) which generally precludes admissability IF the Conviction IS more than 10 years old. Tex Rule of Evidence 609 (b) therefore I was Sentenced under a False Enhancement making this sentence Illegal.

Wherefore premises considered. I Steven M. Gary Request all Relief that I am Entitled.

Respectfully Submitted

STEVEN M. GARY.